# EXHIBIT A

Subj: **RE: Starr v. Powell Law et al.**
Date: 6/24/2011 5:56:21 P.M. Eastern Daylight Time
From: JRSims@GRSIMS.com
To: ConsumerLawyer@aol.com

The information you have below is correct as to the name of the company and the registered agent for the company. The business office address was provided previously. Thanks - jrs

**JASON R. SIMS**
**G. REYNOLDS SIMS & ASSOCIATES, P.C.**
**2075 W. BIG BEAVER, STE. 200**
**TROY, MI 48084  248/643-4440**

THIS E-MAIL, TOGETHER WITH ANY FILES OR DOCUMENTS TRANSMITTED WITH IT, MAY BE SUBJECT TO PRIVILEGE OR OTHERWISE BE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS E-MAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY. ANY DISCLOSURE, COPYING, OR DISTRIBUTION OF THIS MESSAGE, OR THE TAKING OF ANY ACTION BASED ON IT, IS STRICTLY PROHIBITED.

**From:** ConsumerLawyer@aol.com [mailto:ConsumerLawyer@aol.com]
**Sent:** Friday, June 24, 2011 3:11 PM
**To:** Jason Sims
**Cc:** G. Reynolds Sims
**Subject:** Re: Starr v. Powell Law et al.

According to the Colorado Secretary of State, the only company with a name similar to "United Debt Holdings" is the following:

## Summary

| | |
|---|---|
| ID Number: | 20091027704 |
| Name: | United Debt Holding LLC |
| Registered Agent: | Craig Manseth |
| Registered Agent Street Address: | 4833 Front St, Unit B #243, Castle Rock, CO 80104, United States |
| Registered Agent Mailing Address: | |
| Principal Street Address: | 4833 Front Street, Unit B, #243, Castle Rock, CO 80104, United States |
| Principal Mailing Address: | |
| Status: | Good Standing |
| Form: | Foreign Limited Liability Company |
| Jurisdiction: | Delaware |
| Formation Date: | 01/13/2009 |
| Term of Duration: | Perpetual |
| Periodic Report Month: | January |

Please advise whether or not the above-listed entity is the owner of the Starr account. As you can see, the address for the above-listed entity does not match the address that you have given me for "United Debt Holdings" which appears to be doing business at the same address as Powell Law Office and Lighthouse.

If it is not the same entity, please provide me with the COMPLETE legal name of the entity that does hold the account, as well as the name of the State where it was formed.

If the entity that owns the Starr account is nothing more than an assumed name, then please provide me with the name of the entity/person doing business under the assumed name, and a copy of the assumed name certificate filed by the entity/person with the local government.

Thanks

Phil


Phillip C. Rogers
Attorney at Law
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
616.776.1176
616.776.0037 (fax)

National Association of Consumer Advocates, www.naca.net

In a message dated 6/23/2011 6:31:14 P.M. Eastern Daylight Time, JRSims@GRSIMS.com writes:

> The name and address of the owner of the Starr account is:
>
> United Debt Holdings
> 11551 E. Arapahoe Rd., Ste 150
> Centennial, CO 80112
>
> Please send the revised agreement at your earliest convenience.
>
> Thanks,
>
> JASON R. SIMS
> G. REYNOLDS SIMS & ASSOCIATES, P.C.
> 2075 W. BIG BEAVER, STE. 200
> TROY, MI 48084     248/643-4440
>
> THIS E-MAIL, TOGETHER WITH ANY FILES OR DOCUMENTS TRANSMITTED WITH IT, MAY BE SUBJECT TO PRIVILEGE OR OTHERWISE BE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS E-MAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY. ANY DISCLOSURE, COPYING, OR DISTRIBUTION OF THIS MESSAGE, OR THE TAKING OF ANY ACTION BASED ON IT, IS STRICTLY PROHIBITED.