UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARKELLE STARR,

    Plaintiff,

Case No. 1:12-cv-426

v.

HON. JANET T. NEFF

UNITED DEBT HOLDING, LLC *et al.*,

    Defendants.
_____/

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Judgment Based on the Parties' Written Settlement Agreement (Dkt 24) is GRANTED.


Dated: August 8, 2013          /s/ Janet T. Neff
                                              JANET T. NEFF
                                              United States District Judge