UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARKELLE STARR,

        Plaintiff,

v.

UNITED DEBT HOLDING, LLC,
and CRAIG ALAN MANSETH,

        Defendants.
_____/

Case No. 1:12-cv-426

HON. JANET T. NEFF

**Satisfaction of Judgment**

        The judgment entered in this action in favor of plaintiff Markelle and against defendants United Debt Holding, LLC and Craig Alan Manseth has been paid and satisfied in full.

Dated: August 30, 2013

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com